UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| DAVID M. HOLDER,<br><br>    **Plaintiff,**<br><br>v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF SSA,<br><br>    **Defendant.** | CIVIL ACTION NO. 5:15-361- KKC<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

The Court having affirmed the decision of the Commissioner hereby ORDERS and ADJUDGES as follows:

1) judgment is entered in favor of the defendant;

2) this matter is DISMISSED and STRICKEN from the Court's active docket; and

3) this judgment is FINAL and APPEALABLE.


Dated March 9, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY